# Exhibit 1



List of cases    Brand Library    Case representation

Law firm information    frequently asked questions

other    concerning

# SHAUN THE SHEEP SHAUN THE SHEEP WAS REPRESENTED BY AMS LAW FIRM, AND IT WAS REMOVED FROM THE SHELVES AS SOON AS POSSIBLE TO AVOID BEING ACCUSED!

Home  /  Other Law Firms  /  Shaun...

Post Views:   3,346

This morning, we received feedback from sellers that the Wish store was frozen, and after investigation, it was determined that it was Shaun the sheep Shaun.

And the agency law firm is also AMS Law Firm, which likes copyright. If there are similar products, remove them from the shelves and withdraw them as soon as possible!







## Shaun the sheep

Case No. 21-cv-158

Plaintiff Company: Aardman Animations

Firm: AM Sullivan Law, LLC Place of

Action: IL

The company is known for producing stop-motion, clay, and computer animation. Representative works include "Super Invincible Dog Series", "Fantastic Pirates" and "Shaun the Sheep".

Brand official website: <https://www.shaunthesheep.com/>



**Trademark + Copyright:**

Searching for keywords on major platforms, I found that most of the products directly use the brand word trademark and the image copyright of Shaun the sheep, which is very easy to infringe.

| | | |
|---|---|---|
| **ROBIN ROBIN**<br>Goods and Services: Soaps, cosmetic preparations for the skin, face, body and hair; liquid soaps, shower and bath...<br>LIVE (Circa: 2020)<br>ROBIN ROBIN | **TIMMY TIME**<br>Goods and Services: Online retail store services featuring merchandise and DVDs related to animated characters<br>LIVE (Circa: 2019)<br>TIMMY TIME | <br>Goods and Services: Bath, bar and beauty soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices;<br>...<br>LIVE (Circa: 2019)<br>Mark Words (NOT AVAILABLE) |
| <br>Goods and Services: Bleaching preparations and other substances for laundry use, namely, laundry detergent, laund...<br>LIVE (Circa: 2010)<br>Mark Words (NOT AVAILABLE) | **TIMMY TIME**<br>Goods and Services: [ Bleaching preparations and other substances for laundry use, namely, laundry detergent, lau...<br>LIVE (Circa: 2010)<br>TIMMY TIME | **CREATURE COMFORTS**<br>Goods and Services: [ Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,...<br>LIVE (Circa: 2006)<br>CREATURE COMFORTS |
| **SHAUN THE SHEEP**<br>Goods and Services: [ Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,...<br>LIVE (Circa: 2006)<br>SHAUN THE SHEEP | <br>Goods and Services: [ Non-medicated toilet preparations, namely, toilet soap and toilet water; cosmetics, namely,...<br>LIVE (Circa: 2006)<br>Mark Words (NOT AVAILABLE) | <br>Image Unavailable<br>Goods and Services: Motion picture film and audio, video and digital tape recordings featuring animated character...<br>LIVE (Circa: 1998)<br>CREATURE COMFORTS |

**刊登举例：**

可以看到下面的商品中都带有商标和人物版权图片。

（下图仅举例并不代表侵权商品）




▓▓▓ - Shaun The Sheep - 11" Shaun The Sheep Small Plush, White

★★★★☆ 5 ratings

**Amazon's Choice** for "shaun the sheep toys"

Price: **$12.38** FREE Shipping on orders over $25.00 shipped by Amazon
Fast, Free Shipping with Amazon Prime & FREE Returns

Get $50 off instantly: Pay $0.00 $12.38 upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Brand | Aurora |
| Material | Plush |
| Collection Name | Shaun the Sheep |
| Number of Pieces | 1 |

**About this item**
- 11 inches in size.
- Sure to become a favorite
- Quality materials for a soft cuddling experience
- Different textured fur for a soft realistic touch.
- Looks like it came straight out of the movie.



▓▓▓ Shaun The Sheep Hooded Blanket All Season Super Soft Lightweight Cozy Micro Fleece Bed Blanket Air Conditioner Quilt Sofa Blankets 80"X60"

Price: **$55.99** + $5.99 shipping

Get $50 off instantly: Pay $5.99 $55.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **80"x60"**

| 50"x40" | 60"x50" | 80"x60" |
|---|---|---|
| $29.99 | $39.99 | $55.99 |

Color: **Black**

| | |
|---|---|
| Size | 80"x60" |
| Brand | NYF |
| Color | Black |

**About this item**




Cute Shaun The Sheep Plush Toys Girl Pillow Holiday Gift Cartoon Anime Doll

Condition: New
High: - Select -
Quantity: 1    4 available / 4 sold
Price: US $13.99
Approximately RMB 90.36

Buy It Now
Add to cart
⊙ Add to Watchlist

Free shipping | 30-day returns | 7 watchers

Shipping: FREE Standard SpeedPAK from China/Hong Kong/Taiwan | See details
International shipment of items may be subject to customs processing and additional charges.
Item location: China, China
Ships to: Worldwide See exclusions
Delivery: Estimated between Mon. Apr. 12 and Wed. Apr. 28
Payments: PayPal VISA MasterCard AmEx Discover
Returns: 30 day returns. Buyer pays for return shipping | See details

# Bacon Bin 猪油罐

案件号：21-cv-121

原告公司：TALISMAN DESIGNS, LLC

代理律所：FERENCE & ASSOCIATES LLC

起诉地：宾夕法尼亚州

此案件名单共43个店铺被告：

| Defendant No. | Defendant/Store Name | Seller ID |
| --- | --- | --- |
| 1 | YOOMIE | A3RBVW6FDFNKIC |
| 2 | Autonomier-US | A3A1TEPEPQ7NOM |
| 3 | BESTARY | A17MOFTYE4PKSU |
| 4 | Binpure | AKYC54J0AWIFP |
| 5 | canwei | A11NAMAISXAE7U |
| 6 | Cary Electronic(China) | A3E4CV0XUBPVVF |
| 7 | Dankoshon shops | A22MZERV2XDQ5X |
| 8 | DDTC-us | A3LWUK2KVLL6KR |
| 9 | difuluoen | A2EQKGK75H5YTC |
| 10 | Eleviey | AUP5WNAQQ2NMR |
| 11 | GENGGU | A2VQ3B116L1568 |
| 12 | Golf Professional | A2090WPV676MON |
| 13 | guo jinlei | A18W8HB7MYSM41 |
| 14 | HUIER STORE | A3A3GI8YMBE5ON |
| 15 | IN1S | AWL3DJU0XDWT1 |
| 16 | JHFDSD | AGQEZ8M1LWECR |
| 17 | Jilei Keji | AFC5DEAY1LM0A |
| 18 | JiliJili | A2SRG09212P007 |
| 19 | KELAIEN | A79G11MBEB0JA |
| 20 | KITBE | A1XC4AEM2BORZB |
| 21 | luoyangqixunshangmaoyouxiangongsi | ADYT0CWIDZKVG |

| Defendant No. | Defendant/Store Name | Seller ID |
|---|---|---|
| 22 | luxbox | A2ER2C9N8QNA3V |
| 23 | lygg | A32VY65T9IT14Q |
| 24 | manbl | A1DQ8AWC43L9LB |
| 25 | Meitongda daily necessities | AJIZE4YNQIV1K |
| 26 | MOUNTAINTOP | AZWCJPIKKGWAK |
| 27 | Q.&L. | AZ7251T6HI1YN |
| 28 | rao jintang | A1IWGB4982OFGA |
| 29 | RUSTCHG BTHCHP | A25PYXE2AY8JCS |
| 30 | Shan Xi Xin Li Yuan Wang Luo Ke Ji You Xian Gong S | A4SRJ0GURFN3N |
| 31 | SJHP | A3VF67YWYV8RQ7 |
| 32 | STILLKEEPER | ARJ09JL9RSTTH |
| 33 | Sunmoon | A3NFUR13LS26RR |
| 34 | Wanshuin | A32D7QR57OAV3N |
| 35 | Willtuan | A8ZG5TE6ZO55B |
| 36 | wuyongyou5 | AFE7WOSN1NIB7 |
| 37 | XIAOLONGLEE | A2V0TSN1A9DEWY |
| 38 | Ycanware | A2ANEGZNQRJEKQ |
| 39 | yingying123 | A28DET7AF84CII |
| 40 | yishen9986 | A2DBZ34F7C67MQ |
| 41 | Yuanyunni | ASNERO9R5Z3IH |
| 42 | Z.J. Store （Free delivery within 15 days） | A3E7IPK20ALHW |
| 43 | ZZZOEY | A2F7CQUVK5SQ95 |

以上为今天给大家带来的所有内容。

了解更多一手消息大家可以关注我们抖音官方号，保存图片打开抖音APP扫描二维码关注我们，我们会在抖音分享一些有关于知识产权最新、最全、最快的消息。



SellerDefense

我们的口号是分享、防御、互助，我们致力于为卖家的跨境电商生意保驾护航!

使用最新版抖音扫码，关注@SellerDefense

### 联系我们

大家可以加SellerDefense群讨论：QQ 16群：721813793。**（已经加过其它群的不用重复加）**

或进入我们SellerDefense官方网站查询最新消息：https://sellerdefense.cn/

SellerDefense美国商标注册，市场最低价，需要品牌备案的抓紧联系我们吧！

已经被冻结的卖家欢迎第一时间联系我们，超8000起案件处理经验，长按并识别下方二维码即可加好友。 我们会针对不同案情提供全方面最专业的**免费**咨询服务 。



分类： 其他律所    Aaron    2月 4, 2021    评论

标签： Shaun the sheep



作者： Aaron

历史的文章
**这款婚纱竟然起诉了近500个账号！哪些图片不能直接用？更有多案名单放送！**

未来的文章
**新品牌！Weed Snatcher除草器首案，图片有版权，还未冻结赶紧下架！**

## Related Posts

又来国人新品牌！U型全身枕、火爆电商平台的章鱼娃娃均冻结，跨境卖家再遭暴击！

5月 12, 2021

Scrape-A-Round圆锥冰刮板是新侵权品牌？猫王商标除了ELVIS还有ELV1S

4月 28, 2021

警惕！Sneaker Match的10个热门版权图案即将冻结，赶快提现！

4月 24, 2021

SAPER律所匿名案件公开，又一新品牌GLIDER CAPO吉他变调夹

4月 22, 2021

新品牌！EPS律所代理Squishmallows毛绒玩具，被告都是独立站

4月 20, 2021

新律所代理新品牌EverRatchet棘轮扳手，Bunch O Ballons水气球卷土重来

4月 19, 2021

## 发表评论

你的电子邮件地址不会被公开 * 为必填字段

评论

姓名*

电子邮件*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

**提交评论**

Enter and press enter ...

SellerDefense WeChat public account

Represented a U.S. law firm in a settlement case 

**Law firm agency brand**

GBC agent brand Daquan

Keith Agent Brands

EPS agent brand

David Agent Brands

**Useful links**

How cross-border sellers can reduce the risk of infringement lawsuits

AliExpress Intellectual Property Zone

Dunhuang Intellectual Property Zone

Ebay VERO

How to search for a U.S. trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

**Categories**

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

其他律所