# Exhibit 2

2/12/24, 10:07 AM  Keith represents photographer MARK GEMMELL to safeguard the rights of copyrighted works. It has not been frozen yet. Please…

Case 1:24-cv-00997 Document #: 6-3 Filed: 02/23/24 Page 2 of 17 PageID #:57

Case list          Brand library          Case agency



Law firm information          common problem          other

about

# KEITH REPRESENTS PHOTOGRAPHER MARK GEMMELL TO SAFEGUARD THE RIGHTS OF COPYRIGHTED WORKS. IT HAS NOT BEEN FROZEN YET. PLEASE INVESTIGATE AND WITHDRAW MONEY AS SOON AS POSSIBLE!

front page / Uncategorized / Keith…

📊 Post Views: 2,991

### case parameters

Time of prosecution: 2023/5/22

Case number: 23-cv-3193, 23-cv-3197

Plaintiff's brand: MARK GEMMELL Copyright painting

brand: MARK GEMMELL

Law firm: Keith

Place of prosecution: Illinois, USA

### brand introduction

Gemmell is a fine art photographer who specializes in creating quirky and imaginative images of livestock. Many of his photographs depict cattle and sheep in moody landscapes.
Official website: https://markgemmell.com/prints



## Register copyright

The case involves the following 4 copyrighted pictures, and the copyright effective time is 23/2/1.




# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-119**
Effective Date of Registration:
February 01, 2023
Registration Decision Date:
March 21, 2023

## Title
- **Title of Work:** Funny Girl

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** May 21, 2013
- **Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Mark Gemmell
- **Author Created:** photograph
- **Citizen of:** United Kingdom

## Copyright Claimant
- **Copyright Claimant:** Mark Gemmell
  10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions
- **Name:** Mark Gemmell
- **Email:** gemmell.mark@gmail.com
- **Telephone:** (447)948-2554x69

## Certification
- **Name:** David Denholm
- **Date:** February 01, 2023
- **Applicant's Tracking Number:** MG2023020101

Page 1 of 2



Funny Girl




# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-120**
Effective Date of Registration: February 01, 2023
Registration Decision Date: March 21, 2023

**Title**
Title of Work: Magnificence

**Completion/Publication**
Year of Completion: 2013
Date of 1st Publication: March 24, 2014
Nation of 1st Publication: United Kingdom

**Author**
- Author: Mark Gemmell
  Author Created: photograph
  Citizen of: United Kingdom

**Copyright Claimant**
Copyright Claimant: Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

**Rights and Permissions**
Name: Mark Gemmell
Email: gemmell.mark@gmail.com
Telephone: (447)948-2554x69

**Certification**
Name: David Denholm
Date: February 01, 2023
Applicant's Tracking Number: MG2023020102

Page 1 of 2



Magnificence



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

VA 2-339-116
**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

---

## Title


**Title of Work:** Pose

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 21, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Mark Gemmell
  **Author Created:** photograph
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions

**Name:** Mark Gemmell
**Email:** gemmell.mark@gmail.com
**Telephone:** (447)948-2554x69

## Certification

**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** MG2023020103

Page 1 of 2



Pose




# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-117**
**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

## Title

Title of Work: Spring Air

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: May 21, 2013
Nation of 1st Publication: United Kingdom

## Author

- Author: Mark Gemmell
  Author Created: photograph
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Mark Gemmell
10 Swindon Rd, Edbagston, Birmingham, non-us, B178JL, United Kingdom

## Rights and Permissions

Name: Mark Gemmell
Email: gemmell.mark@gmail.com
Telephone: (447)948-2554x69

## Certification

Name: David Denholm
Date: February 01, 2023
Applicant's Tracking Number: MG2023020104

Page 1 of 2



Spring Air

## Publication example

2/12/24, 10:07 AM Keith 4e-pcv-edited eeling Doeument G#M9E3L fol Keeg u80/28/24 Pagenrg12heoVoLks. P Pas EoL Defeff0zen yet. Please…

Case: 1:24-cv-00995 Document #: 6-3 Filed: 02/23/24 Page 12 of 17 PageID #:77



## contact us

If you want to know more about infringement, you can go to SellerDefense official website to check the latest news: https://sellerdefense.cn/

If you are unfortunate enough to be accused or your store has been frozen, you can contact us as soon as possible, long press and identify the QR code below to add friends. We will provide the most professional **free** consultation services in all aspects according to different case situations.



Category: Uncategorized     Victor     May 23, 2023     Comment



### Author: Victor

---

HISTORICAL ARTICLES

**Rubik's Cube is back! Loans to 110 Amazon stores have been frozen, the list is attached!**

FUTURE ARTICLES

**New brand registration, trademark MOTOGP must not be used without authorization!**

## Related Posts

Summary of recent cases! Keith now represents 5 new brands! Take a quick look to avoid infringement!
February 7, 2024

Summary of recent cases! These new brands are starting to defend their rights and file lawsuits! A large number of sellers will be shocked!
February 2, 2024

Summary of recent cases! Attorney Keith files the case on behalf of the new brand, so hurry up and investigate!
January 25, 2024

Summary of recent cases! Hidden cases have surfaced, and accounts have been frozen, fearing that a large number of sellers will be tricked!
January 18, 2024

Three anonymous cases exposed! They are all popular products on Amazon and their accounts have been frozen! Take a quick look at lightning protection!

January 12, 2024

Summary of recent cases! Many copyright cases are coming, here's a list!

January 5, 2024

# Comment

Your email address will not be published * This field is required

<div style="border:1px solid #ccc; padding:10px;">Comment</div>

<div style="border:1px solid #ccc; padding:10px;">Name*</div>

<div style="border:1px solid #ccc; padding:10px;">e-mail*</div>

<div style="border:1px solid #ccc; padding:10px;">Website</div>

☐ Save my name, email, and website in this browser for the next time I comment.

**submit comments**

<div style="border:1px solid #ccc; padding:10px;">Enter and press enter… 🔍</div>

| SellerDefense WeChat public account |  |
|---|---|
| US Law Firm Case Settlement Agent |  |

### Law firm agency brand

GBC agent brand list

Keith agent brand directory

EPS agency brand list

David agent brand list

### Useful links

How cross-border sellers can reduce the risk of being sued for infringement

AliExpress Intellectual Property Zone

2/12/24, 10:07 AM                    Keith - pcs - eBay Selling Defense Matters | Moses Ip, regulator that is Prago oritue involve. it has not been frozen yet. Please…

Case: 1:24-cv-00095 Document #: 6-3 Filed: 02/23/24 Page 16 of 17 PageID #:72

Dunhuang Net Intellectual Property Zone

eBay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Categories

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

Other law firms

SellerDefense.cn 2017-2022

Shanghai ICP No. 13015943-1