# Exhibit 5

  



front page > Cross-border headlines > text

# Sriplaw represents ▉▉▉▉▉▉▉▉▉▉ in launching new case

| Hancheng Business Law Information  ＋ focus on | 👁 856 |
|---|---|
| 专注跨境电商投诉侵权案件的分析与处理，做跨境电商团体最坚强的矛与盾。 | 2022-12-28 23:17 |

**"AMZ123 Member" new benefits are online! Limited time early bird price is 299/year, click to learn more**

After our inquiry, Sriplaw initiated an intellectual property infringement case on behalf of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ The specific case information is as follows:

▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Time of prosecution: 2022/▉▉▉▉

Plaintiff: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Plaintiff's law firm: Sriplaw

Case number : 22-cv-▉▉▉▉

The plaintiff, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ a c▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Th▉ ▉▉ website product:





If your e-commerce friends have product descriptions or patterns similar to the above , please remove the relevant products from the shelves as soon as possible to avoid being sued.



trademark     Complaint response

The public account [AMZ123 Cross-border

border Seller Navigation is deeply involved in the cross-border industry and focuses on hot reports.

Scan the QR code on the right, follow it and reply [Add Group] to join the high-quality seller communication group~

Currently 30W+ sellers are following us

**Disclaimer**

Link to this article: https://www.amz123.com/t/▒▒▒▒▒▒▒
This article is published on AMZ123 Cross-border Headlines with the permission of the author. If you have any questions, please contact customer service.

    0  1


AMZkol Fan Review Station
100% real fans make real purchase…


Maijia supports TRO infringe…
Focus on temporary injunction TR…


Takumi appeals
Store appeal + lawyer letter settle…


Ouyi Testing
Scientific testing creates a world

**up to date**    Popular    Report    author





### 多线海运费疯涨，卖家旺

Members have experienced twists and turns in the past few days: sea freight...



### 美国DTC品牌海外扩张之路：机...

Brand Ark learned that according to Modern Retail reports, many America...



### 发货48小时缩水！Shopee逾期...

"Today's exchange rate" 1 US dollar = 7.217, 1 yuan in Chinese yuan = 4.44...



### 卖家库存堆积成山！今年这类爆...

For cross-border sellers, the luckiest thing in the world is to catch up with...




### 新案件汇总！GBC 代理美国摇...

Nine Inch Nails Nine Inch Nails Band Case Parameters Time of prosecution:...



### 亚马逊、eBay蚕食汽车零部件...

AMZ123 learned that recently, foreign media reported that as consumers...



### 被判"变体违规"的店铺开始大...

Glowing ball, my C position. Anyone who works on Amazon will m



### TikTok品牌备案攻略！手　手...

Editor | Ohmo Registering a　　 one of the necessary conditi　　 f



### Comment　0



| Please enter the comment content |
|---|

0/1000

Log in to participate in the discussion                                                   Comment

关于我们 跨境标签 友情链接 免责声明 用户反馈 投稿爆料 专栏作者 联系我们 商务合作 工厂入驻

Copyright © 2016-2024  亚马逊卖家导航    闽ICP备18021440号    闽公网安备 35021102001882号
本站法律顾问：大信法务

